## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1. Your affiant, Detective William Monahan, hereby informs the Court that he is a commissioned peace officer with the Denver, Colorado Police Department, and is currently assigned as a task force officer with the FBI Rocky Mountain Safe Streets Task Force ("RMSSTF"). Your affiant is responsible for investigating violent crimes in the Denver metropolitan area, including bank robberies. Your affiant has been a police officer in Colorado for approximately fourteen years and has training and experience in the investigation of violent crimes. The information contained in this affidavit is based upon information compiled from personal involvement, witness/victim interviews, fellow law enforcement officers, and by reading official police reports.

2. This affidavit is being submitted in support of a criminal complaint and affidavit charging David William Doering (hereinafter referred to as Doering) with a violation of Title 18, United States Code, Section 2113(a), Bank Robbery. Due to the limited purpose of this affidavit, your affiant has not included each and every fact known concerning this investigation, although, to the best of his information, knowledge and belief, your affiant has not omitted any material fact that undermines the statements and conclusions herein. Your affiant has set forth only the facts your affiant believes are necessary to establish probable cause to show that David William Doering committed the crime of Bank Robbery in violation of Title 18, United States Code, Section 2113(a).

## INVESTIGATION

3. On April 2, 2020, at about 9:50 a.m., the US Bank at 2810 N Quebec Street, in the City and County of Denver, State of Colorado, was robbed. The US Bank at 2810 N Quebec St is

located inside of the King Soopers supermarket at 2810 N Quebec Street and is an FDIC insured financial institution.

    4.    The victim, J.V., is a teller at that US Bank. J.V. reported she was assisting a different customer when a white male came into the US Bank and approached the counter. The suspect threw a piece of paper with a hand-written note on it. J.V. related that the note stated that the suspect had a gun, demanded all the money from the victim's drawer, and threatened to shoot her. The suspect did not display a weapon. J.V. related that she was frightened, and handed the suspect all the money from her drawer. J.V. told police that the suspect threw the one dollar bills back to her, took the rest of the money and walked toward the exit.

    5.    The suspect fled the bank on foot and Denver police were notified. US Bank reported to police that the total amount of U.S. currency stolen was approximately $1,900.

    6.    J.V. described the suspect as a white male, approximately 5'11, medium build, blonde hair, blonde facial hair, and wearing a tan work jacket. Your affiant and members of the Rocky Mountain Safe Streets Task Force received still images of the suspect from the US Bank surveillance video, which confirmed the victim's description of the suspect. Your affiant responded to 2810 N Quebec Street.

    7.    The aforementioned note was collected as evidence at the US Bank. The note, pictured below, read: "I Have A Gun, Say Nothing! Give Me No GPS or Dye Packs, I Want All The Money in the Drawer or I Will Shoot You."



8. Your affiant created a law enforcement bulletin and Metro Denver Crime Stoppers bulletin that included images of the suspect from the surveillance video. Your affiant sent the law enforcement bulletin to Rocky Mountain Safe Streets Task Force Officer Matthew Basile and asked that TFO Basile circulate the bulletin to parole officers in the Denver Metro region. Colorado Department of Corrections Parole Officer Melissa Lawrence contacted Task Force Officer Basile on the afternoon of April 3, 2020, and related that the person in the bulletin looked like David Doering 10/22/1981. Parole Officer Lawrence related that she supervised Doering until February 10, 2020, when Doering's parole was completed. Parole Officer Lawrence related that Doering recently called her and stated that he was struggling to find work.

9. Your affiant obtained photographs of Doering from the Colorado Department of Corrections, the Colorado Department of Revenue, and the Denver Police Department. Your affiant compared each of the photographs with images of the suspect from the surveillance video. Your affiant was able to positively identify Doering as the suspect in the U.S. Bank Surveillance video due to his appearance and, specifically, by a unique tattoo on the left side of his neck.



D.O.C. Photo    U.S. Bank Surveillance Image  David Doering Colorado Driver's License

10. Your affiant performed a record search for David William Doering 10/22/1981 and found that Doering was a multi-state offender with an extensive criminal record that included felony convictions in Arizona, New Mexico, Wyoming, and Colorado -- including a conviction for bank robbery in New Mexico. Denver Police Detective Jared Purdy, currently assigned to the Rocky Mountain Safe Streets Task Force, spoke with Officer Tana Cunningham. Officer Cunningham related that she contacted Doering on March 5, 2020, during a traffic stop in the 4500 block of Washington St in Denver. On that date, Doering was driving a Buick LeSabre with Colorado license plate AAVX96. Officer Cunningham viewed bank robbery bulletin and positively identified the suspect as David Doering. TFO Purdy from the Safe Streets Task Force also reviewed body camera footage from the March 5, 2020 traffic stop, and was able to conclude that the man in the traffic stop was the suspect in the US Bank surveillance photos. An arrest warrant was issued for David Doering for violation of Colorado Revised Statute 18-3-402, Aggravated Robbery, on the evening of April 3, 2020.

11. On April 6, 2020 at approximately 11:47 AM, the US Bank located inside a King Soopers at 7284 Lagae Rd., Castle Rock, Colorado, was robbed. Said US Bank is also an FDIC insured financial institution. The male suspect entered the store and approached the US Bank teller line. Victim teller, R.J., called the suspect to her teller counter. The suspect handed R.J. a folded-up piece of paper, which R.J. assumed were instructions for wiring money. R.J. opened the piece of paper and to her recollection was a note that stated, "Give me your money, I have a gun, I'll shoot you, no dye packs, no tracers." R.J. told police she looked up at the suspect and he told her, "Bitch look down, bitch look down, I'm gonna shoot you, hurry." The suspect told her this several times in a quiet voice.

12. R.J. became scared and began trying to push the panic alarm, but did not know if she was actually able to push it. R.J. then gave the robber all of the money from her top drawer. The suspect took the money and walked out of the King Soopers. R.J. stated that she was "really scared" and felt that the suspect would hurt her if she did not comply. R.J. did not see a gun, but thought that the suspect had one because the note said that he did and he told her that he would shoot her.

13. R.J. described the suspect as being a white male, approximately 6'00" tall, thin build, and was in his mid-thirties to late forties. R.J. advised that the male had a scruffy beard or goatee that was blonde and gray in color and looked as if it was stained from smoking. R.J. also stated that the suspect had a "thin" nose. The male was wearing a red hooded sweatshirt, a bandana around his neck, sunglasses, and a baseball cap.

14. An audit of R.J.s' teller drawer showed that the robber took $1,637.00.

15. Detective Scott Senier reviewed King Soopers' surveillance video, which shows a silver Buick sedan entered the parking lot and approach the main entrance to the store at approximately 11:41 am. The rotating camera in the parking lot moved and the silver Buick was no

longer in view.  At 11:43 am, the suspect entered the King Soopers through the main entrance.  The suspect walked to the restrooms and out of camera view for several minutes.  The suspect then exited the bathroom and approached the US Bank teller line, where he committed the robbery.

16.     After the suspect robbed the US Bank, he ran out of the store.  The physical description of the suspect in the robbery at US Bank located inside the King Soopers at 7284 Lagae Rd., Castle Rock, Colorado, matched David Doering.  The wording of the robbery note in the April 2, 2020 robbery at 2810 N Quebec St in Denver, Colorado was similar to the wording used in the robbery note at 7284 Lagae Rd, Castle Rock, Colorado on April 6, 2020.  The method of operation used by the suspect in both robberies was also similar.



17.     Your affiant learned during the investigation of the robbery at 2810 N Quebec St, Denver, Colorado on April 2, 2020, that David Doering was the registered owner of a 2005 Buick LeSabre with Colorado license plate AAVX96, and that he was stopped by Denver Police Officer Cunningham while driving that vehicle on March 5, 2020.

18.     On April 8, 2020, members of the Rocky Mountain Safe Streets Task Force located David Doering in room 408 of the Element Hotel at 9985 Park Meadows Drive in Lone Tree, Colorado.  Members of the Douglas County Sherriff S.W.A.T. team arrested David Doering.

19.     Your affiant obtained a search warrant for room 408 of the Element Hotel.  The search warrant was signed by the Honorable Denver County Court Judge Espinosa on April 8, 2020.

20.     Your affiant and members of the Rocky Mountain Safe Streets Task Force conducted a search of room 408 on the afternoon of April 8, 2020.  The following items were recovered:

1. $129 in United States Currency
2. Suspected Heroin and Methamphetamine
3. A Deutche-Werke .762 mm handgun
4. A Brown Wallet with items in the name of David Doering
5. Black Mechanics gloves
6. Dark gray men's jeans
7. A tan men's work Jacket
8. A Black baseball cap
9. Miscellaneous paperwork in the name of David Doering, including the registration and proof of insurance for the 2005 Buick LeSabre
10. A gray men's shirt
11. Three bandannas (2 black and 1 red)
12. A black pouch that the suspected heroin and methamphetamine were stored in
13. 2 live rounds of .380 caliber ammunition.

21.     The black gloves and red bandana matched items used by the suspect in the robbery at 7284 Lagae Rd, Castle Rock, Colorado, on April 6, 2020.

22.     The tan jacket, black hat, gray shirt, gray jeans, and black gloves matched items worn by the suspect during the robbery of the US Bank at 2810 N Quebec St, Denver, Colorado, on April 2, 2020.

23.     Two vehicles were impounded, including the 2005 Buick LeSabre registered to David Doering.  Texas license plate CN9B524 was attached to the 2005 Buick LeSabre, and it was abandoned in a parking lot at 1975 S Colorado Blvd.  The location of the Buick LeSabre was provided by B. M., who was staying at the Element Hotel with David Doering and

participated in a voluntary interview with investigators after the scene was secured. B.M. related that she and David Doering stayed at the Element Hotel starting on April 5, 2020.

24. Detective Scott Senier viewed surveillance video at the Element Hotel that showed David Doering leave the Element Hotel on April 6, 2020 for a period of time including the time of the robbery at 7284 Lagae Rd, Castle Rock, Colorado.

25. Your affiant learned from Douglas County Sheriff Deputy and Rocky Mountain Safe Streets Task Force Officer Andy Kuritz that a 2005 Buick LeSabre with Texas license plate CN9B524 was recorded on a license plate reading camera at the intersection of Castle Pines Parkway and Interstate 25 at 11:12 a.m. on April 6, 2020, traveling westbound toward 7284 Lagae Rd. This was approximately thirty five minutes before the robbery and approximately three miles away from the robbery scene.

## CONCLUSION

26. Based on the foregoing, your affiant believes that probable cause exists that on or about April 2, 2020, in the State and District of Colorado, David William Doering did commit the crime of Bank Robbery in violation of Title 18, United States Code, Section 2113(a).

27. The foregoing is true and correct to the best of my knowledge, information and belief.

> _s/William Monahan_
> Task Force Officer, FBI Safe Streets TFO

Sworn to before me this ___15th___ day of <u>April</u>, 2020.

_[signature]_
United States Magistrate Judge

**Affidavit reviewed and submitted by Brian Dunn, Assistant United States Attorney.**